United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 15-20851-BB
Salvador Escobar                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: smilanoC          Page 1 of 1          Date Rcvd: Jul 09, 2015
                      Form ID: ccdn              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2015.
db             +Salvador Escobar,    12507 Poinsettia Street,    El Monte, CA 91732-3635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2015 at the address(es) listed below:
      Randolph  Ramirez    on behalf of Debtor Salvador  Escobar Randolph.Ramirez@yourlegalneeds.net
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                                              TOTAL: 2

| United States Bankruptcy Court Central District Of California | |
|---|---|
| In re:<br>Salvador Escobar | CHAPTER NO.: 7 |
| | CASE NO.: 2:15−bk−20851−BB |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases (Information required by LBR 1015−2 (LBR Form F 1015−2.1))
☒ Notice of Available Chapters signed by Debtor(s). (Official Form B201) [11 U.S.C. § 342(b); Court Manual, section 2−1]
☒ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (Official Form B6 Pg 2)
☒ Declaration of Attorney's Limited Scope of Appearance. [LBR 2090−1 (Local Form F2090−1.1) Court Manual, section 2−1]
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; FRBP 2016(b); Court Manual, section 2−1]
☒ Debtor's Certification of Employment Income (Local Form)
☒ Verification of Master Mailing List of Creditors [LBR 1007−1(d)] (Local Form)

**B.** Statement of Intent (Chapter 7 Individual Debtor's Statement of Intention (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form B8))

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

      Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

      255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: July 8, 2015

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Sonny Milano**
**Deputy Clerk**

ccdn − Revised 06/2014    **1 /**