United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 15-20851-BB
Salvador Escobar                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: smilanoC          Page 1 of 1          Date Rcvd: Jul 09, 2015
                           Form ID: deforco      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2015.
db           +Salvador Escobar,    12507 Poinsettia Street,    El Monte, CA 91732-3635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2015                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2015 at the address(es) listed below:
        Randolph Ramirez    on behalf of Debtor Salvador Escobar Randolph.Ramirez@yourlegalneeds.net
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                                 TOTAL: 2

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District Of California** ||
| In re:<br>Salvador Escobar | CHAPTER NO.:  7 |
| | CASE NO.: 2:15−bk−20851−BB |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule A (Form B6A)**
**Schedule B (Form B6B)**
**Schedule C (Form B6C)**
**Schedule D (Form B6D)**
**Schedule E (Form B6E)**
**Summary of Sch (Form B6 Pg 1)**
**Schedule F (Form B6F)**
**Means Calculation(Form B22A−2)**
**Schedule G (Form B6G)**
**Schedule H (Form B6H)**
**Schedule I (Form B6I)**
**Schedule J (Form B6J)**
**Decl Re Sched (Form B6)**
**Means Exempt.(Form B22A−1Supp)**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)   File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)
**OR**
(2)   File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                                                                                      **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: July 8, 2015                                                                                                     **By: Sonny Milano**
                                                                                                                                     **Deputy Clerk**

deforco − Revised 12/2014                                                                                                                                        **1 /**